IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL HALL,

          **Plaintiff,**

v.

THE CRESTMARK CLUB,

          **Defendant.**

1:07-cv-0715-WSD-JFK

## OPINION AND ORDER

This matter is before the Court on the Final Report & Recommendation ("R&R") issued by Magistrate Judge Janet F. King [21], directing the complaint to be dismissed.

With respect to portions of the R&R to which there is no objection, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The plaintiff has not objected to the R&R, so the Court reviews it for plain error. Id.

The complaint in this case was filed *pro se* on March 20, 2007. By September 17, 2007, Plaintiff had failed to file a timely Joint Preliminary Report and Discovery Schedule or a timely Certificate of Interested Persons. On September 24, 2007, the Court directed the Plaintiff to file these documents within

10 days.  Plaintiff failed to do so.

On October 12, 2007, the Court entered an Order directing the Plaintiff to show cause within 10 days why the complaint should not be dismissed with prejudice for failure to comply with the September 24 Order.  Plaintiff did not respond to the show cause order.

On October 29, 2007, the Magistrate Judge found that Plaintiff's complaint should be dismissed with prejudice for failure to comply with the Court's orders.  The R&R also found that the complaint should be dismissed with prejudice for failing to comply with Local Rule 41.3(A)(2), which provides for dismissal for want of prosecution.

Having carefully reviewed the R&R, the Court finds no plain error in its factual or legal conclusions.

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Final Report and Recommendation [21].

**IT IS FURTHER ORDERED** that the Complaint [1] is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 17th day of January, 2008.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

.